BEFORE THE THIRD DIVISION, FEBRUARY 16, 1950

**No. 54031.**—Denebeim Distilling Co. et al. *v.* United States, protests 112099-K, etc. (St. Louis).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54032.**—French Italian Wine Co., Inc., et al. *v.* United States, protests 117174-K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54033.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 133039-K, etc. (New York).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54034.**—Nicholas & Co., Inc. *v.* United States, protest 136045-K (Philadelphia).

Opinion by JOHNSON, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.